# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00569-ZLW

GENE ALLEN,

    Applicant,

v.

THE COUNTY OF BRIGHTION [sic] AND THE COUNTY OD ADEMES [sic], Real Party Intrest [sic] the State of Colorado, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The matter before the Court is the Motion for Reconsideration that Applicant filed with the Court on July 10, 2006. The Court dismissed the instant action on May 25, 2006. Applicant filed a Notice of Appeal on June 12, 2006. The action now is pending before the United States Court of Appeals for the Tenth Circuit. This Court, therefore, lacks jurisdiction to consider additional filings by Applicant in the instant action. Applicant's Motion is inappropriate and will not be considered by the Court.

Dated: July 11, 2006

Copies of this Minute Order mailed on July 11, 2006, to the following:

Gene Allen
Prisoner No. 76542
Lovelock Corr. Center
PO Box 359
Lovelocc, NV 89419

                                Secretary/Deputy Clerk