IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00569-ZLW

GENE ALLEN,

    Applicant,

v.

THE COUNTY OF BRIGHTION [sic] AND THE COUNTY OF ADEMES [sic], Real Party Intrest [sic] the State of Colorado, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
R. COLORADO

JUL 27 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the "Motion for the Report and Recommandation [sic] of the U.S. Magistrate Judge," filed with the Court on July 27, 2006. The action now is pending before the United States Court of Appeals for the Tenth Circuit. This Court, therefore, lacks jurisdiction to consider additional filings by Applicant in the instant action. Applicant's Motion is inappropriate and will not be considered by the Court.

Dated: July 28, 2006

Copies of this Minute Order mailed on July 28, 2006, to the following:

Gene Allen
Prisoner No. 76542
Lovelock Corr. Center
PO Box 359
Locklocc, NV 89419

_____
Secretary/Deputy Clerk